RETURN OF COURT RECORDS             RETURNED VIA FEDEX

RECEIVED

JUL 0 5 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

DATE:   JUNE 30, 2006

TO:     CLERK, U.S. DISTRICT COURT
        DISTRICT OF ALASKA
        222 WEST 7TH AVENUE, #4
        ANCHORAGE, AK   99513-7564

FROM:

Redacted

CA NO:  04-30161

DC NO:  CR-03-0087-3-JKS/JDR

TITLE:  USA V. SMITH

**RECORDS RETURNED TO DISTRICT COURT:**

        VOL. CLERK'S FILE

        VOL. REPORTER'S TRANSCRIPT

OTHER:  4 BULKY DOCS - EXPANDOS
        DOCKET #267-279; 285 & 286 (ORIGINAL
        TRANSCRIPTS)