AO 83 (Rev. 12/85) Summons in a Criminal Case

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 3:03-cr-00087-02-JKS |
| Leroy L. Sbrusch [REDACTED] | RECEIVED APR 1 2 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K. |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Courtroom 6, Room 180 |
| Before: U.S. Magistrate Judge John D. Roberts | Date and Time<br>April 26, 2007 at 2:00 p.m. |

To answer a(n)
[] Indictment  [] Information  [] Complaint  [] Violation Notice  [XX] Probation Violation Petition

Charging you with a violation of Supervised Release:

Special Condition #3

Brief description of offense:

Failure to Submit Accurate and Complete Income Tax Returns for the years 1991 through 2003.

Ida Romack, Clerk of Court
REDACTED SIGNATURE
Name and Title of Issuing Officer

erk
cer

April 2, 2007 at Anchorage, AK
Date and Location

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1]        Date *April 10, 2007*

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: *State of AK Probation/Parole Office*
  REDACTED        REDACTED

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: *4/11/2007*          ~~Randy M. Johnson~~
              Date                Name of United States Marshal

                                  *Charlene Wortman*
                                  (by) ~~Deputy United States Marshal~~
                                  Charlene Wortman
                                  U.S. Probation Officer

Remarks:

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.