UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEROY L. SBRUSCH, ) | |
| ) Case No. 3:03-CR-00087-JKS-JDR | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF WITHDRAWAL OF ATTORNEY**

COMES NOW, Allison Mendel of Mendel & Associates, former appointed counsel for Leroy L. Sbrusch in his Ninth Circuit appeal cases 04-30163 and 04-30169, and notifies the Federal District Court of the withdrawal of counsel in the Ninth Circuit Court. A copy of the Order and Memorandum permitting the withdrawal are attached. Counsel does not have a forwarding address or contact information for Leroy Sbrusch.

                MENDEL & ASSOCIATES

DATE_____     _____/S/_____
                                                      Allison Mendel

MENDEL & ASSOCIATES
ATTORNEYS AT LAW
431 WEST SEVENTH AVENUE, SUITE 101
ANCHORAGE, ALASKA 99501
(907) 279-5001

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on _____, 2007 a true and correct copy of this document was served by: ☐ Mail ☐ Fax ☐ Messenger ☐ Hand Delivery on:

Thomas Bradley
Office of the US Attorney

By:_____/S/_____
         Allison Mendel

MENDEL & ASSOCIATES
ATTORNEYS AT LAW
431 WEST SEVENTH AVENUE, SUITE 101
ANCHORAGE, ALASKA 99501
(907) 279-5001