```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. LEROY L. SBRUSCH           CASE NO. 3:03-cr-00087-02-JKS
Defendant:  X Present  X On Summons

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         THOMAS BRADLEY

DEFENDANT'S ATTORNEY:            PRO PER

U.S.P.O.:                        CHARLENE WORTMAN

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 337) HELD APRIL 26, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:48 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to
   defendant.

 X Defendant states true name: Same as above.

 X Defendant advised of general rights.

 X Waiver of Right to Have Attorney Appointed **FILED**.

 X Defendant **DENIED** allegation 1 of the Petition to Revoke
   Supervised Release.

 X Matter to be referred to U.S. District Judge for:
    X  Evidentiary Hearing

 X Personal Recognizance Order **FILED**.

 X Order Setting Conditions of Release **FILED**.

 X OTHER: Court and counsel heard re plaintiff's oral motion to
release the defendant on his own recognizance; **GRANTED**.

At 2:01 p.m. court adjourned.


DATE:    April 26, 2007         DEPUTY CLERK'S INITIALS:   amk