(Rev 5/07)

# LIST OF EXHIBITS

---

Case No. 3:03-cr-00087-02-JKS     Judge: **JAMES K. SINGLETON**

Title     United States of America
vs.
          Leroy L. Sbrusch

Dates of Hearing/Trial:     May 15, 2007

Deputy Clerk/Recorder:     April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Thomas Bradley | Pro Se |
|  |  |
|  |  |

-------EXHIBITS-------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 |  |  |  |  |  |  |  |
| 2 | ✓ | 5/15/07 | Tax Forms |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |