```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. LEROY L. SBRUSCH          CASE NO. 3:03-cr-00087-02-JKS
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:           JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        THOMAS BRADLEY

DEFENDANT'S ATTORNEY:           PRO SE

U.S.P.O.:                       ERIC ODEGARD

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD MAY 15, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:23 p.m. court convened.

Court advised defendant of rights.

Eric D. Odegard sworn and testified on behalf of the plaintiff. Plaintiff's exhibit 2 **ADMITTED.**

Ronald G. Chan sworn and testified on behalf of the plaintiff as an expert.

Court found defendant in violation of allegation 1 of the Petition to Revoke Supervised Release. Court referred to P.O. for Pre-Disposition Report. Final Disposition Hearing on Petition to Revoke Supervised Release set for **July 10, 2007 at 1:30 p.m.**

Defendant's conditions of release remain as previously set.

List of Exhibits and List of Witnesses filed separately.

At 4:29 p.m. court adjourned.

All original exhibits retained by counsel.


DATE:       May 15, 2007           DEPUTY CLERK'S INITIALS:    amk