# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*United States v. Sbrusch*
Case No. 3:03-cr-00087-JKS

By:             THE HONORABLE JAMES K. SINGLETON

<u>PROCEEDINGS</u>:     ORDER FROM CHAMBERS

      Leroy L. Sbrusch was convicted by a jury of various federal felonies related to the Internal Revenue Code.  He was sentenced to a term of imprisonment, which he has completed, and placed on supervised release, which he is currently experiencing.  Among the conditions of his supervised release he was ordered to file accurate tax returns for certain years.  The probation officer alleged that Sbrusch had failed to comply with this condition.  An adjudication hearing was held and it was determined that Sbrusch has violated the terms of his supervised release and that he is in contempt of Court for failing to file accurate returns.  A disposition hearing has been scheduled for Tuesday, July 10, 2007, at 1:30 p.m.  Sbrusch has now filed a motion to vacate all prior orders.  Docket No. 367.  Essentially, Sbrusch repeats arguments that have previously been raised and rejected.  He contends that this Court lacks jurisdiction over him and that his conviction and resulting sentence were void.  Sbrusch is in error.  This Court has previously concluded that it had jurisdiction, that the judgment against Sbrusch is valid, and that he is bound by the conditions of supervised release.  These issues are settled.  If Sbrusch disagrees with this Court's rulings he is of course free to appeal to the Ninth Circuit, and if dissatisfied by that Court, seek certiorari in the United States Supreme Court.  Since the issues raised in the pleading at Docket No. 367 have already been addressed in prior orders of this Court, it is not necessary to wait for an opposition.

      **IT IS THEREFORE ORDERED**:

      The motion at **Docket No. 367** is **DENIED**.


Entered at the direction of the Honorable James K. Singleton, United States District Judge.


DATE: <u>July 5, 2007</u>