UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 1 0 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

In re: LEROY L. SBRUSCH.

LEROY L. SBRUSCH,

Petitioner,

v.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA,

Respondent,

UNITED STATES OF AMERICA,

Real Party in Interest.

No. 07-72706

D.C. No. CR-03-00087-1-JKS
District of Alaska, Anchorage

ORDER

**RECEIVED**

JUL 1 3 2007

**CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.**

Before: SCHROEDER, Chief Judge, and HAWKINS, Circuit Judge.

Petitioner's emergency motion to stay district court proceedings is denied.

No motions for reconsideration, modification, or clarification of this order

shall be filed or entertained.

S:\MOATT\Panelord\7-07\cj\07-72706.wpd

A TRUE COPY
ATTEST  7/10/07

CATHY A. CATTERSON
Clerk of Court

b    REDACTED SIGNATURE