UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
SEP 1 2 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: LEROY L. SBRUSCH. | No. 07-72706 |
| LEROY L. SBRUSCH,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA,<br><br>Respondent,<br><br>UNITED STATES OF AMERICA,<br><br>Real Party in Interest. | D.C. No. CR-03-00087-1-JKS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
SEP 17 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Before: PREGERSON, THOMAS and RAWLINSON, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

S:\MOATT\Panelord\9-10-07\orders\mg3\07-72706.wpd

A TRUE COPY
ATTEST  9/12/07
CATHY A. CATTERSON
Clerk of Court
Signature Redacted
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
07-72706 Sbrusch, et al v. USDC-AKA

In re: LEROY L. SBRUSCH

------------------------------

| | |
|---|---|
| LEROY L. SBRUSCH<br>    Petitioner | Leroy L. Sbrusch<br>907-376-4970<br>[COR LD NTC prs]<br>1760 Tanana Dr<br>Walsilla, AK 99654 |
| v. | |
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF ALASKA<br>    Respondent | No appearance<br>No appearance |
| UNITED STATES OF AMERICA<br>    Real Party in Interest | Thomas C. Bradley, Esq.<br>FAX 907/271-1500<br>907/271-3230<br>Suite 253<br>[COR LD NTC aus]<br>Richard L. Pomeroy, Esq.<br>FAX 907/271-2344<br>907/271-5071<br>Room 253<br>[COR LD aus]<br>USAK - OFFICE OF THE U.S.<br>ATTORNEY<br>Federal Bldg. & U.S. Courthouse<br>222 W. Seventh Ave.<br>Anchorage, AK 99513-7567 |